Hruby v. Vokoun.

---

## John Hruby v. Paulina Vokoun.

1.   Assignment of Error—*Omission of.*—Where the appellant omits to assign errors, the appeal will be dismissed.

Memorandum.—Appeal from the Circuit Court of Cook County; the Hon. Richard W. Clifford, Judge, presiding.   Heard at the October term of this court, and dismissed.   Opinion filed December 6, 1894.

Jas. E. Cross, attorney for appellant.

Jones & Lusk, attorneys for appellee.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

In this case there is no assignment of errors, and the appeal is dismissed at the cost of the appellant, with the remark that all that is said (except as to appellee's brief), in Lang v. Max, 50 Ill. App. 465, applies here.